

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-3-2013

# Mark Leyse v. Bank of America NA

Precedential or Non-Precedential: Precedential

Docket No. 12-3249

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Mark Leyse v. Bank of America NA" (2013). *2013 Decisions.* Paper 8.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/8

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 12-3249

_____

MARK LEYSE,
            *Appellant*

v.

BANK OF AMERICA, NATIONAL ASSOCIATION

_____

On Appeal from the United States District Court
for the District of New Jersey

_____

(D.N.J. No. 2-11-cv-07128)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  McKEE, *Chief Judge*, SMITH and GREENAWAY, Jr., *Circuit Judges*.


        The petition for rehearing filed by Mark Leyse, Appellant in the above-

entitled case having been submitted to the judges who participated in the decision of this

Court, it is hereby O R D E R E D that the petition for rehearing by the panel is granted.

The prior opinion and judgment are vacated.  A subsequent opinion and judgment will be

entered.

By the Court,


Theodore A. McKee
Chief Judge

.

Dated:      October 3, 2013
SLC/cc:    Todd C. Bank
                Aytan Y. Bellin
                David J. Fioccola
                Adam J. Hunt
                Mark P. Ladner
                Kyle W.K. Mooney